EARL BONHOTEL *v.* NANCY BONHOTEL
(AC 23947)
(AC 24448)

Lavery, C. J., and Bishop and West, Js.

Submitted on briefs February 27—officially released March 23, 2004

Per Curiam. The judgment is affirmed.

IVAN CEPEDA *v.* COMMISSIONER OF CORRECTION
(AC 23754)

Lavery, C. J., and Bishop and West, Js.

Submitted on briefs February 27—officially released March 23, 2004

Per Curiam. The habeas court denied the petition for a writ of habeas corpus and denied the petitioner's request for certification to appeal to this court. After a careful review of the record and briefs, we conclude that the petitioner has not demonstrated that the issues are debatable among jurists of reason or that a court could resolve the issues in a different manner or that the questions are adequate to deserve encouragement to proceed further. See *Simms* v. *Warden*, 230 Conn. 608, 616, 646 A.2d 126 (1994).

The appeal is dismissed.